## United States District Court
### Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MN03 | 09963131 | ZP1894 | 1894 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense 1575 | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 03/03/2026 | TITLE 6 139.35A |

Place of Offense
1 FEDERAL DRIVE, FORT SNELLING, MN 55111

Offense Description: Factual Basis for Charge    HAZMAT ☐
DISORDERLY CONDUCT; ASSUALTING AN OFFICER

**DEFENDANT INFORMATION**

| Last Name | First Name | M.I. |
|---|---|---|
| MEYERS | DIANNE | L |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See Instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See Instructions. |

$ _____ Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov →    $ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:
COURT LOCATION TIME AND DATE WILL BE MAILED TO YOU

Date: _____
Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature  REFUSED TO SIGN

Original - CVB Copy

*09963131*

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____.

The foregoing statement is based upon:
☐ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident