# United States District Court
## Violation Notice
(Rev. 1/2018)

**Location Code:** MN03
**Violation Number:** 09963130
**Officer Name (Print):** 2P 1894
**Officer No.:** 1894

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense:** 3/9/2026  3:15 PM
**Offense Charged:** Title 6  139.35d

**Place of Offense:** 1 Federal Drive, Fort Snelling, MN

**Offense Description:** Prohibited Conduct: obstruction the usual use of entrances, parking areas

### DEFENDANT INFORMATION

**Last Name:** MEYERS
**First Name:** DIANNE
**M.I.:** L

---

**APPEARANCE IS REQUIRED**

A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov

### YOUR COURT DATE

**Court Address:** COURT LOCATION TIME AND DATE WILL BE MAILED TO YOU

X **Defendant Signature:** REFUSED TO SIGN

Original - CVB Copy

*09963130*

---

I state that on _____ 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

---

The foregoing statement is based upon:

☐ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

**Executed on:** _____    _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

**Executed on:** _____    _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident